**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Preston T. GOODE, Defendant— Appellant.**

No. 09–6247.

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2009.

Decided: June 30, 2009.

Preston T. Goode, Appellant Pro Se. Rodney LaMont Jefferson, Office of the United States Attorney, Stephen David Schiller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Preston T. Goode appeals the district court's order granting his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Goode's motion for appointment of counsel and affirm the district court's order. *United States v. Goode,* No. 3:00–cr–00223–REP–1 (E.D.Va. Jan. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*